IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY O. PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-CV-046 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

This matter is before the court on the May 11, 2011 report and recommendation filed by Chief Magistrate Judge Dennis H. Inman [doc. 23]. Magistrate Judge Inman recommends that plaintiff's motion for $2,412.50 in attorney fees, $350.00 in costs, and $17.13 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 [doc. 19], be granted. There have been no objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in agreement with the magistrate judge's conclusion. The court therefore **ACCEPTS IN WHOLE** the report and recommendation, as amended, under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation and the amended report and recommendation, both of which the court adopts and incorporates into its ruling, that

plaintiff's motion [doc. 19] is **GRANTED** in the amount of Two Thousand Four Hundred Twelve Dollars and Fifty Cents ($2,612.50) in attorney fees, Three Hundred Fifty Dollars ($350.00) in costs, and Seventeen Dollars and Thirteen Cents ($17.13) in expenses.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge